

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

CR15-0071

Case Number _____  Defendant Number **2**

U.S.A. v. **Jesse Perez**  Year of Birth **1992**

[✓] Indictment  [ ] Information  Investigative agency (FBI, DEA, etc.) **ATF, DEA, LAPD**

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."**

### OFFENSE/VENUE

a. Offense charged as a:

[ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
[ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense **Nov. 10, 2011, Apr. 24, May 3, June 6 2012**

c. County in which first offense occurred

**Los Angeles County**

d. The crimes charged are alleged to have been committed in:

**CHECK ALL THAT APPLY**

[✓] Los Angeles  [ ] Ventura
[ ] Orange  [ ] Santa Barbara
[ ] Riverside  [ ] San Luis Obispo
[ ] San Bernardino  [ ] Other

Citation of Offense **18 USC 371; 18 USC 922(a)(1)(A); 21 USC 841(a)(1)**

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial? [✓] No  [ ] Yes

IF YES Case Number _____

Pursuant to General Order 14-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE**

### PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on:

Case Number _____

Charging _____

The complaint: [ ] is still pending
[ ] was dismissed on: _____

### PREVIOUS COUNSEL

Was defendant previously represented?  [ ] No  [ ] Yes

IF YES, provide, Name: _____

Phone Number: _____

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*  [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*  [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**  [ ] Yes  [ ] No

This is the _____ superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on: _____

Case Number _____

The superseded case:

[ ] is still pending before Judge/Magistrate Judge

[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
[ ] Yes*  [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*  [ ] No

FILED 2015 FEB 20 PM 2:46 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?  ☐ Yes  ☐ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?  ☐ YES  ☒ NO
IF YES, list language and/or dialect: _____

**OTHER**
- ☒ Male   ☐ Female
- ☒ U.S. Citizen   ☐ Alien
- Alias Name(s): _____

This defendant is charged in:  ☐ All counts
☒ Only counts: 1, 2, 6

☐ This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?  ☐ Yes  ☒ No
IF YES, should matter be sealed?  ☐ Yes  ☐ No

The area of substantive law that will be involved in this case includes:
- ☐ financial institution fraud
- ☐ government fraud
- ☐ environmental issues
- ☒ narcotics offenses
- ☒ violent crimes/firearms
- ☐ Other
- ☐ public corruption
- ☐ tax offenses
- ☐ mail/wire fraud
- ☐ immigration offenses
- ☐ corporate fraud

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?  ☐ Yes  ☐ No
d. Is on bail or release from another district: _____

Defendant is **in** custody:
a. Place of incarceration:  ☐ State  ☐ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction:  ☐ Yes  ☐ No
   IF YES:  ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges::  ☐ Yes  ☐ No
   IF YES:  ☐ State  ☐ Federal  AND
   Name of Court: _____
Date transferred to federal custody: _____
This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  ___ 20  ___ 21  ___ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date  February 19, 2015

Signature of Assistant U.S. Attorney
Benjamin R. Barron
Print Name